# Court of Appeals
# of the State of Georgia

ATLANTA,____March 17, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A0752. RUTH ASHLEY v. LONG BEACH MORTGAGE COMPANY, et al.

This appeal was docketed on December 29, 2015, such that appellant Ruth Ashley's initial brief was due on January 19, 2016. Court of Appeals Rule 23 (a) (appellant's initial brief "shall be filed within 20 days after the appeal is docketed"). On the date the brief was due, appellant filed a motion for an extention of time in which to file her brief. We denied that motion based upon appellant's failure to show good cause for the requested extension. As of the date of this order, appellant still has not filed her brief. We therefore DISMISS this appeal. Id. (appellant's failure to file an initial brief within 20 days of docketing, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____ 03/17/2016 _____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*